1  KellyDunn  SBN 104380
   The Hawkins Center
2  101 Broadway Ave.
   Richmond, California 94804
3  (510) 232-6611 (phone)
   (510) 232-2271 (fax)
4
   Attorney for Plaintiff
5

6

7              **IN THE UNITED STATES DISTRICT COURT**
               **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8                        **SAN FRANCISCO DIVISION**

9
   WENDELL MATHIS, JR.,         )
10           Plaintiff,          )
                                 )         CIVIL NO. 04-1407 JL
11     vs.                       )
                                 )         **STIPULATION AND ORDER TO**
12 JO ANNE B. BARNHART,          )         **EXTEND TIME FOR PLAINTIFF**
   Commissioner of Social Security )       **TO FILE MOTION FOR SUMMARY**
13           Defendant.          )         **JUDGMENT**
                                 )
14                               )
                                 )
15 _____)

16 IT IS HEREBY STIPULATED by and between the undersigned attorneys, pursuant to Civil L.R.

17 7-12, and subject to the approval of the Court, that plaintiff may have an extension of 90 days

18 from the date of this filing in which to file his Motion for Summary Judgment.[1]  Plaintiff's

19 Motion for Summary Judgment is now due on August 25, 2005.

20 //

21 //

22 //

23 //

24 //

25 //

26 //

27 //

28 //

---

1.  See attached Declaration of Kelly Dunn on behalf of Wendell Mathis

1 | This is Plaintiff's first request for an extension.

2
3
4
5 | Dated: May 27, 2005           /S/
6 |                                     KELLY DUNN
                                    Attorney for Plaintiff
7
8
9
10 | Dated: May 27, 2005           /S/
11 |                                     SARA WINSLOW
                                    Assistant United States Attorney
12
13 | PURSUANT TO STIPULATION, IT IS SO ORDERED:
14
15
16
17 | Dated: May 31, 2005           /s/ James Larson
18 |                                     James Larson
19 |                                     United States Magistrate Judge