1  KellyDunn  SBN 104380
   The Hawkins Center
2  101 Broadway Ave.
   Richmond, California 94804
3  (510) 232-6611 (phone)
   (510) 232-2271 (fax)
4
   Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

WENDELL MATHIS, JR.,       )
        Plaintiff,     )
                       )   CIVIL NO. 04-1407 JL
    vs.                    )
                       )   **STIPULATION AND ORDER TO**
JO ANNE B. BARNHART,        )   **EXTEND TIME FOR PLAINTIFF**
Commissioner of Social Security )   **TO FILE MOTION FOR SUMMARY**
        Defendant.     )   **JUDGMENT**
                       )
_____)

IT IS HEREBY STIPULATED by and between the undersigned attorneys, pursuant to Civil L.R. 7-12, and subject to the approval of the Court, that plaintiff may have an extension of 15 days from the date of this filing in which to file his Motion for Summary Judgment.[1]  Plaintiff's Motion for Summary Judgment is now due on September 9, 2005.

//

//

//

//

//

//

//

//

//

---

1.  See attached Declaration of Kelly Dunn on behalf of Wendell Mathis

1  This is Plaintiff's second request for an extension.

5  Dated: August 19, 2005 /S/
6  KELLY DUNN
   Attorney for Plaintiff

10 Dated: August 22, 2005 /S/
   SARA WINSLOW
11 Assistant United States Attorney

13 PURSUANT TO STIPULATION, IT IS SO ORDERED:

17 Dated: 8/30/05

   IT IS SO ORDERED
   Judge James Larson

   James _____
   United States _____ Judge