1  KEVIN V. RYAN, SBN 118321
   United States Attorney
2  JOANN M. SWANSON, 88143
   Assistant United States Attorney
3  Chief, Civil Division
   SARA WINSLOW, DCBN 457643
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-7260
   Facsimile:  (415) 436-7169
7
   Attorneys for Defendant
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                            SAN FRANCISCO DIVISION

12  WENDELL L. MATHIS, JR.,            )
                                       )
13        Plaintiff,                   )   CIVIL NO.   04-01407 JL
                                       )
14        v.                           )   STIPULATION AND ORDER EXTENDING
                                       )   DEFENDANT'S TIME TO FILE
15  JO ANNE B. BARNHART,               )   RESPONSE TO PLAINTIFF'S
    Commissioner of Social Security,   )   MOTION FOR SUMMARY JUDGMENT
16                                     )
         Defendant.                    )
17  _____)

18        IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19  approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

20  file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on

21  October 11, 2005, pursuant to Civil L.R.16-5.  Defendant's response is now due on November 10,

22  2005.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

---

[1] See attached Declaration of John Carvelas.

1  This is defendant's first request.

5  Dated: September 28, 2005
6  _____
   KELLY DUNN
   Attorney for Plaintiff

   KEVIN V. RYAN
   United States Attorney

12  Dated: September 29, 2005        By: _____
                                         SARA WINSLOW
13                                       Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

19  Dated: 10/5/05

IT IS SO ORDERED

*Judge James Larson*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MATHIS, EXT.MXSJ (jnc)
C 04-01407 JL                              2