SCOTT N. SCHOOLS, SBN SC 9990
United States Attorney
LUCILLE GONZALES MEIS, SBN CO 15153
Regional Chief Counsel, Region IX,
Social Security Administration
DEBORAH LEE STACHEL, SBN CA 230138
Special Assistant United States Attorney

   333 Market Street, Suite 1500
   San Francisco, California 94105
   Telephone:  (415) 977-8943
   Facsimile:  (415) 744-0134

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WENDEL L. MATHIS, Jr., )<br>      Plaintiff, )<br>            v.      )<br>MICHAEL J. ASTRUE, )<br>Commissioner of )<br>Social Security, )<br>      Defendant. ) | CIVIL NO. 04-1407-JL<br><br>[~~PROPOSED~~] ORDER REOPENING CASE |

      The Court hereby approves the parties stipulation to reopen the case following a remand under sentence six of 42 U.S.C. § 405(g) for the purpose of entry of judgment for the plaintiff.

      IT IS THEREFORE HEREBY ORDERED that this case is reopened and judgment shall be entered for Plaintiff.

DATE:  October 10, 2007

_____
JAMES LARSON
United States District Judge