KellyDunn  SBN 104380
The Hawkins Center
101 Broadway Ave.
Richmond, California 94804
(510) 232-6611 (phone)
(510) 232-2271 (fax)

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISO DIVISION

| | |
|---|---|
| WENDELL MATHIS, JR., )<br>  )<br>            Plaintiff,  )<br>   vs.  )<br>  )<br>MICHAEL J. ASTRUE,  )<br>  )<br>  )<br>Commissioner of Social Security,  )<br>  )<br>            Defendant.  )<br>  )<br>_____ ) | CIVIL NO. 04-1407 JL<br><br>[~~PROPOSED~~] ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEYS FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that Plaintiff's counsel, as Plaintiff's assignee, shall be awarded attorney fees under the EAJA in the amount of Seven Thousand dollars ($7,000), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

Dated: March 5, 2008                     /s/ James Larson
                                         HON. JAMES LARSON
                                         UNITED STATES DISTRICT JUDGE